UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RACHEL M. LYTLE<br>and JOE C. LYTLE | PLAINTIFFS |
| v.      Case No. 4:17-cv-00629-KGB | |
| NATIONSTAR MORTGAGE LLC<br>d/b/a MR. COOPER | DEFENDANT |

## JUDGMENT

Pursuant to the Order entered on this date, and subject to the terms set forth in that Order, it is considered, ordered, and adjudged that plaintiffs Rachel M. Lytle and Joe C. Lytle's claims against defendant Nationstar Mortgage LLC, d/b/a/ Mr. Cooper, are dismissed without prejudice.

So adjudged this the 6th day of February, 2018.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge